DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW M. SCOBLE, Bar #237432
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
THOMAS AGUERO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | NO. CR.S-12-230-WBS |
| ) | |
| Plaintiff,   ) | |
| ) | **STIPULATION AND [PROPOSED] ORDER;** |
| v.   ) | **CONTINUING STATUS CONFERENCE** |
| ) | **AND EXCLUDING TIME** |
| THOMAS AGUERO,   ) | |
| ) | Date: September 10, 2012 |
| Defendant.   ) | Time: 9:30 a.m. |
| _____ ) | Judge: Hon. William B. Shubb |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MICHELLE PRINCE, Assistant United States Attorney, attorney for Plaintiff, and MATTHEW SCOBLE, attorney for THOMAS AGUERO, that the status conference hearing date of July 23, 2012 be vacated, and the matter be set for status conference on September 10, 2012 at 9:30 a.m.

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including September 10, 2012 pursuant to 18

U.S.C. §3161 (h)(7)(A) and (B)(iv) [reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

DATED: July 18, 2012.                    Respectfully submitted,

                                         DANIEL J. BRODERICK
                                         Federal Public Defender


                                         /s/ Matthew Scoble
                                         MATTHEW SCOBLE
                                         Designated Counsel for Service
                                         Attorney for THOMAS AGUERO


DATED: July 18, 2012.                    BENJAMIN WAGNER
                                         United States Attorney


                                         /s/ Matthew Scoble for
                                         MICHELLE PRINCE
                                         Assistant U.S. Attorney
                                         Attorney for Plaintiff


**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the July 23, 2012, status conference hearing be continued to September 10, 2012, at 9:30 a.m. Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time up to and including the September 10, 2012 status conference shall be excluded from computation of time

within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated: July 18, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE