```
1   DANIEL J. BRODERICK, #89424
    Federal Defender
2   MATTHEW M. SCOBLE, CA Bar #237432
    Assistant Federal Defender
3   Designated Counsel for Service
    801 I Street, 3rd Floor
4   Sacramento, California 95814
    Telephone: (916) 498-5700
5

6
    Attorney for Defendant
7   THOMAS EDWARD AGUERO
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. Cr. S-12-230-WBS |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER TO MODIFY |
| v. | ) PRETRIAL RELEASE CONDITIONS |
| | ) |
| THOMAS EDWARD AGUERO, | ) |
| | ) |
| Defendant. | ) |
| | ) Judge: Hon. Edmund F. Brennan |
| _____ | ) |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant Thomas Aguero, through their respective attorneys, that the release conditions imposed on Mr. Aguero on June 4, 2012, may be modified as set forth below.

On August 1, 2012, Mr. Aguero's pretrial services officer contacted counsel to request that a mental health treatment condition be added to Mr. Aguero's conditions of release. Mr. Aguero concurs with his pretrial services officer that such counseling and treatment

would be beneficial to him.  Mr. Aguero has complied with all conditions of release.

Accordingly, the parties agree that the following condition may be added:

> You shall participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer. You shall pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer.

All other conditions shall remain in force.

Dated:   August 1, 2012

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender


/s/ M. Scoble
_____
MATTHEW M. SCOBLE
Assistant Federal Defender
Attorney for Defendant
THOMAS EDWARD AGUERO



BENJAMIN B. WAGNER
United States Attorney

Dated:   August 1, 2012         /s/ M. Scoble for M. Prince
                                MICHELLE PRINCE
                                Assistant U.S. Attorney

**O R D E R**

The release conditions previously imposed on Mr. Aguero are modified to add the following condition:

> You shall participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer. You shall pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer.

All other conditions remain in effect.

IT IS SO ORDERED.

Dated: August 1, 2012.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

Stip & Order                               -3-