1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MATTHEW M. SCOBLE, Bar #237432
   Designated Counsel for Service
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   THOMAS AGUERO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. CR.S-12-230-WBS |
|---|---|
| Plaintiff, | ) |
| v. | ) **STIPULATION AND [PROPOSED] ORDER;** |
|  | )   **CONTINUING STATUS CONFERENCE** |
|  | )     **AND EXCLUDING TIME** |
| THOMAS AGUERO, | ) |
| Defendant. | ) Date: October 22, 2012 |
|  | ) Time: 9:30 a.m. |
| _____ | ) Judge: Hon. William B. Shubb |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MICHELLE PRINCE, Assistant United States Attorney, attorney for Plaintiff, and MATTHEW SCOBLE, attorney for THOMAS AGUERO, that the status conference hearing date of September 10, 2012 be vacated, and the matter be set for status conference on October 22, 2012 at 9:30 a.m.

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including October 22, 2012 pursuant to 18 U.S.C.

§3161(h)(7)(A) and (B)(iv) [reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

DATED: September 11, 2012.                    Respectfully submitted,

                                              DANIEL J. BRODERICK
                                              Federal Public Defender


                                              /s/ Matthew Scoble
                                              MATTHEW SCOBLE
                                              Designated Counsel for Service
                                              Attorney for THOMAS AGUERO

DATED: September 11, 2012.                    BENJAMIN WAGNER
                                              United States Attorney


                                              /s/ Matthew Scoble for
                                              MICHELLE PRINCE
                                              Assistant U.S. Attorney
                                              Attorney for Plaintiff

ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the September 10, 2012, status conference hearing be continued to October 22, 2012, at 9:30 a.m. Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time up to and including the October 22, 2012 status conference shall be excluded from computation

of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated: September 10, 2012

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE