1  JOSEPH SCHLESINGER, Bar #87692
   Acting Federal Defender
2  MATTHEW M. SCOBLE, Bar #237432
   Designated Counsel for Service
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   THOMAS AGUERO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. Cr.S-12-230-WBS |
| ) | |
| Plaintiff, ) | |
| ) | **STIPULATION AND [PROPOSED] ORDER;** |
| v. ) | **CONTINUING STATUS CONFERENCE** |
| ) | **AND EXCLUDING TIME** |
| THOMAS AGUERO, ) | |
| ) | Date: February 19, 2013 |
| Defendant. ) | Time: 9:30 a.m. |
| _____ ) | Judge: Hon. William B. Shubb |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MICHELLE PRINCE, Assistant United States Attorney, attorney for Plaintiff, and MATTHEW SCOBLE, attorney for THOMAS AGUERO, that the status conference hearing date of February 11, 2013 be vacated, and the matter be set for change of plea on February 19, 2013 at 9:30 a.m.

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including February 19, 2013 pursuant to 18

U.S.C. §3161(h)(7)(A) and (B)(iv) [reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

DATED: February 8, 2013.                    Respectfully submitted,

                                                       JOSEPH SCHLESINGER
                                                     Acting Federal Public Defender


                                                     /s/ Matthew Scoble
                                                     MATTHEW SCOBLE
                                                     Designated Counsel for Service
                                                     Attorney for THOMAS AGUERO


DATED: February 8, 2013.                    BENJAMIN WAGNER
                                                     United States Attorney


                                                     /s/ Matthew Scoble for
                                                     MICHELLE PRINCE
                                                     Assistant U.S. Attorney
                                                     Attorney for Plaintiff

ORDER

    UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the February 11, 2013, status conference hearing be continued to February 19, 2013, at 9:30 a.m. for a change of plea. Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time up to and including the February 19, 2013 change of plea shall be excluded

from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated: February 8, 2013

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE